# IN THE SUPREME COURT OF ALABAMA



November 21, 2025

**SC-2025-0019**

Ex parte Tanner Medical Center, Inc. PETITION FOR WRIT OF MANDAMUS (In re: Richard Terry Cole v. Tanner Medical Center, Inc.) (Randolph Circuit Court: CV-24-900013).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on November 21, 2025:

**APPLICATION OVERRULED. NO OPINION.** Stewart, C.J. -- Bryan, Mendheim, Cook, and McCool, JJ., concur. Shaw, Wise, and Sellers, JJ., dissent.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on September 12, 2025:

**PETITION DENIED.** Stewart, C.J. -- Bryan, J., concurs. Cook, J., concurs specially, with opinion, which McCool, J., joins. Mendheim and Lewis, JJ., concur in the result. Shaw and Sellers, JJ., dissent with opinions. Wise, J., dissents.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*